**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 11, 2024

**MEMO ENDORSED**

<u>Via ECF and Email</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Azis Mbaye</u>
     **24 Cr. 184 (ER)**

Dear Judge Ramos,

    I write to respectfully request that the Court adjourn Mr. Maybe's sentencing, which is currently scheduled July 18, for approximately 60 days. We also ask that the PSR disclosure deadlines be adjusted in accordance with the newly-selected date.

    As the Court is aware, Mr. Mbaye was remanded on May 17 for a bail violation. His instant incarceration at MDC has significantly slowed down our pre-sentence preparation and mitigation work (including not completing the PSI until last week). We are doing our best to collect the materials that we need to effectively represent Mr. Mbaye at sentencing, but we need the requested time to do so.

    The government, by Assistant United States Attorney Dana McCann, consents to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Mbaye
212-417-8729

---

Sentencing is adjourned to September 18, 2024, at 11:30 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 6/13/2024
New York, New York