# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 4, 2024

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Azis Mbaye</u>
      **24 Cr. 184 (ER)**

Dear Judge Ramos,

    I write to respectfully request that the Court adjourn Mr. Mbaye's sentencing, which is currently scheduled September 18, to the week of October 28, 2024. We ask that the parties' sentencing submission deadlines be adjourned according to the newly-selected date. I make this request because we are in the final stages of collecting the mitigation materials that we need to effectively represent Mr. Mbaye at sentencing; the requested adjournment will enable us to complete that process.

    The government, by Assistant United States Attorney Jackie Delligatti, has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Mbaye
212-417-8729

---

Sentencing is adjourned to October 31, 2024, at 11:30 a.m.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:  9/6/2024
New York, New York