

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 7, 2024

**BY ECF AND EMAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Azis Mbaye*, 24 Cr. 184 (ER)

Dear Judge Ramos:

The Government respectfully requests an adjournment of the November 7, 2024 deadline to file its sentencing submission in the above-referenced case. The Government proposes adjourning the deadline to November 11, 2024 and understands that defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Dana R. McCann*
Dana R. McCann
Assistant United States Attorney
Southern District of New York
(212) 637-2308

cc: Counsel for Defendant Azis Mbaye (by ECF and email)

---

The government's sentencing submission is due November 11, 2024.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:   11/8/2024
New York, New York